UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT WHITE,<br><br>          Plaintiff,<br><br>   v.<br><br>HEATHER WILSON, Secretary of the<br>U.S. Air Force.<br><br>          Defendant. | No.   CV 16-8875 PA (AGRx)<br><br>JUDGMENT |

In accordance with the Court's March 23, 2018, Minute Order granting summary judgment in favor of defendant Heather Wilson ("Defendant"), Secretary of the U.S. Air Force, the Court has resolved all of the claims pending in this action.

      1.      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendant shall have judgment in her favor on all claims asserted by plaintiff Vincent White ("Plaintiff").

      2.      IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall take nothing and Defendant shall have her costs of suit.

DATED: March 23, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE